08-FI-129 MSL

08 CV 02037

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------X

BYONG K. CHO,                                    Index No.: 303945/07

                      Plaintiff,              **NOTICE OF**
                                          **FILING REMOVAL**

     -against-
                                          **THE DEFENDANTS**

JASON ARTHUR BRINKMAN and VALERIO          **DEMAND A JURY**
RAQUEL ANTONETTE,

                       Defendants.
-----------------------------------------------------------------X

## NOTICE OF FILING REMOVAL

To:    SIM & PARK, LLP.
        Attorneys for Plaintiff
        450 Seventh Avenue, Suite 1805
        New York, New York 10123
        (212) 239-3680

    PLEASE TAKE NOTICE that the defendants, JASON ARTHUR BRINKMAN and
RAQUEL ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE, on the 28th day
of February, 2008, filed its Notice of Removal, a copy of which is attached hereto, on the Office of
the Clerk of the United States District Court for the Southern District of New York.

    You are also advised that the defendants, JASON ARTHUR BRINKMAN and RAQUEL
ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE, upon filing said Notice of
Removal as above-stated, filed a copy of this Notice of Filing Removal with a copy of the Notice
of Removal attached, with the Clerk of the Supreme Court of the State of New York, County of
Bronx, in accordance with 28 U.S.C. §1446(d).

Dated: Carle Place, New York
       February 28, 2008

                              Respectfully submitted,

                          McCABE, COLLINS, McGEOUGH & FOWLER, LLP.

                    By:   _____
                          DORON ROSENHECK (DR7328)
                          Attorneys for Defendants
                          346 Westbury Avenue - P.O. Box 9000
                          Carle Place, New York 11514-9000
                          (516) 741-6266

08-FI-129 MSL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BYONG K. CHO,

                                   Plaintiff,                    **NOTICE OF**
                                                                **REMOVAL**

         -against-

                                                                **THE DEFENDANTS**
JASON ARTHUR BRINKMAN and VALERIO                               **DEMAND A JURY**
RAQUEL ANTONETTE,

                                   Defendants.

-----------------------------------------------------------------X

## <u>NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

         Pursuant to 28 U.S.C. §1441 et seq., JASON ARTHUR BRINKMAN and RAQUEL
ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE, hereby remove this action
for resolution based upon diversity of citizenship and the amount in controversy pursuant to 28
U.S.C. §1332.   As grounds for removal, JASON ARTHUR BRINKMAN and RAQUEL
ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE state:

         1.   On December 26, 2007, plaintiff, BYONG K. CHO, filed a twenty-nine count Complaint
seeking damages in the amount of $5 million ($5,000,000.00) dollars against JASON ARTHUR
BRINKMAN and RAQUEL ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE
for alleged personal injuries. Plaintiff filed this Complaint in the Supreme Court of the State of New
York, County of Bronx, where the suit was assigned the Index Number 303945-07.

         2.   JASON ARTHUR BRINKMAN and RAQUEL ANTONETTE VALERIO i/s/h/a
VALERIO RAQUEL ANTONETTE received a copy of the Summons and Complaint by mail on
February 13, 2008. Attached hereto as Exhibit "A" is a copy of the Summons and Complaint.

         3.   This action is removable under 28 U.S.C. §1441, in that the jurisdiction is founded on
diversity of citizenship and the amount in controversy exceeds sums specified in 28 U.S.C. §1332.
The plaintiff is alleged to be a citizen of Bergen County, New Jersey and the defendants, JASON
ARTHUR BRINKMAN and RAQUEL ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL
ANTONETTE, are and have been residents of Newport News, Virginia. These claims are subject
to removal pursuant to 28 U.S.C. §1441.

         4.   The Summons and Complaint attached as Exhibit "A" are the only process, pleadings
or orders received by defendants, JASON ARTHUR BRINKMAN and RAQUEL ANTONETTE
VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE, at the time of this removal notice.

         5.   Contemporaneously with this filing, defendants, JASON ARTHUR BRINKMAN and
RAQUEL ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE, are serving copies

of this Notice upon counsel for plaintiff, and the Clerk of the Supreme Court of the State of New York, County of Bronx.

Dated: Carle Place, New York
       February 28, 2008

Respectfully submitted,

McCABE, COLLINS, McGEOUGH & FOWLER, LLP.

By: _____
       DORON ROSENHECK (DR7328)
       Attorneys for Defendants
       346 Westbury Avenue - P.O. Box 9000
       Carle Place, New York 11514-9000
       (516) 741-6266

**Exhibit A**

SUPREME COURT OF THE STATE OF NEW YORK.
COUNTY OF BRONX

Index No.: 303945-07
Date Purchased:

-------------------------------------------------X

BYONG K. CHO

**SUMMONS**

                                    Plaintiff(s),

Plaintiff designates Bronx
County as the place of trial.

-against-

JASON ARTHUR BRINKMAN AND VALERIO RAQUEL
ANTONETTE

The basis of venue is:
The location of Accident

                                    Defendant(s).

The accident occurred at:
W/B Cross Bronx Expwy
University Avenue
Bronx, NY

-------------------------------------------------X

County of Bronx

## To the above named Defendants:

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney(s) within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:        NEW YORK, NEW YORK
              November 17, 2007

                              ANDREW PARK, ESQ
                              SIM & PARK, LLP
                              Attorneys for Plaintiff
                              BYONG K. CHO
                              450 Seventh Ave.
                              Suite 1805
                              New York, New York 10123
                              212-239-3680
                              Our File No. 07-0236



RECEIVED
07 DEC 26 AM 9: 04
COUNTY CLERK
BRONX COUNTY

| Bronx County Clerks Office | | | |
| 851 Grand Concourse | | | |
| Bronx, NY 10451 | | | |
| Department: | LAW | Amount Due: | $210.00 |
| Transaction No | 1088871 | amount Rcv'd | $210.00 |
| Plaintiff | BYONG K. CHO | Change Due: | $0.00 |
| Defendant | JASON ARTHUR | | |
| Index No | 303945-2007 | Date: | 12/26/0 |
| Type: | CT | Time: | 11:18 AM |

TO:   JASON ARTHUR BRINKMAN
628 Highland Court
Newport News, VA 23605

VALERIO RAQUEL ANTONETTE
09 Spring Trace Lane
Newport News, VA 23601

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Index No.:
Date Purchased:

------------------------------------------------------------------X

BYONG K. CHO

Plaintiff,

**VERIFIED COMPLAINT**

-against-

JASON ARTHUR BRINKMAN AND VALERIO RAQUEL
ANTONETTE

Defendants.

------------------------------------------------------------------X



Plaintiff, by his attorneys, **SIM & PARK, LLP**, complaining of the Defendants, respectfully
alleges, upon information and belief:

1.     At all times herein mentioned, Plaintiff **BYONG K. CHO** was, and still is, a resident
of the County of Bergen, State of New Jersey.

2.     At all times herein mentioned, Defendant **VALERIO RAQUEL ANTONETTE**
was, and still is, a resident of the County of Warwick, State of Virginia.

3.     At all times herein mentioned, Defendant **JASON ARTHUR BRINKMAN** was, and
still is, a resident of the County of Warwick, State of Virginia.

4.     At all times herein mentioned, Defendant **VALERIO RAQUEL ANTONETTE** was
the owner of a 2000 HONDA motor vehicle bearing Virginia State registration number JVB5731.

5.     At all times herein mentioned, Defendant **JASON ARTHUR BRINKMAN** operated
the aforementioned motor vehicle bearing Virginia State registration number JVB5731.

6.    At all times herein mentioned, Defendant **JASON ARTHUR BRINKMAN** operated the aforementioned motor vehicle with the permission of Defendant **VALERIO RAQUEL ANTONETTE.**

7.    At all times herein mentioned, Defendant **JASON ARTHUR BRINKMAN** operated the aforementioned motor vehicle with the knowledge of the Defendant **VALERIO RAQUEL ANTONETTE.**

8.    At all times herein mentioned, Defendant **JASON ARTHUR BRINKMAN** operated the aforementioned motor vehicle with the consent of the Defendant **VALERIO RAQUEL ANTONETTE.**

9.    At all times herein mentioned, Defendant **VALERIO RAQUEL ANTONETTE** managed the aforesaid motor vehicle.

10.    At all times herein mentioned, Defendant **JASON ARTHUR BRINKMAN** managed the aforementioned motor vehicle.

11.    At all times herein mentioned, Defendant **VALERIO RAQUEL ANTONETTE** maintained the aforementioned motor vehicle.

12.    At all times herein mentioned, Defendant **JASON ARTHUR BRINKMAN** maintained the aforementioned motor vehicle.

13.    At all times herein mentioned, Defendant **VALERIO RAQUEL ANTONETTE** controlled the aforementioned motor vehicle.

14.    At all times herein mentioned, Defendant **Jason Arthur Brinkman** controlled the aforementioned motor vehicle.

15.     At all times herein mentioned, Defendant **Jason Arthur Brinkman** operated the aforementioned motor vehicle in the scope of his employment with **VALERIO RAQUEL ANTONETTE**.

16.     At all times herein mentioned, Plaintiff **BYONG K. CHO** was the operator of a 2003 HONDA motor vehicle bearing New Jersey State registration number VJY64S.

17.     At all times herein mentioned, W/B Cross Bronx Express way in the County of Bronx, State of New York, were public roadways, streets and/or thoroughfares.

18.     That on September 27, 2007, Defendant **JASON ARTHUR BRINKMAN** was operating the vehicle owned by **VALERIO RAQUEL ANTONETTE**, at the aforementioned location.

19.     That on September 27, 2007, Plaintiff **BYONG K. CHO** was operating its motor vehicle at the aforementioned location.

20.     That on September 27, 2007, at the aforementioned location, the motor vehicle owned by Defendant **VALERIO RAQUEL ANTONETTE** and operated by Defendant **JASON ARTHUR BRINKMAN** came into contact with the motor vehicle operated by Plaintiff **BYONG K. CHO**.

21.     That as a result of the aforesaid contact, Plaintiff **BYONG K. CHO** was injured.

22.     That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the Defendants without any fault or negligence on the part of the Plaintiff contributing thereto.

23.     That Defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle and the Defendants were otherwise negligent, careless and reckless under the circumstances then and there prevailing.

3

24.     That by reason of the foregoing, Plaintiff **BYONG K. CHO** sustained severe and permanent personal injuries; and Plaintiff **BYONG K. CHO** was otherwise damaged.

25.     That Plaintiff **BYONG K. CHO** sustained serious injuries as defined by §5102(d) of the Insurance Law of the State of New York.

26.     That Plaintiff **BYONG K. CHO** sustained serious injuries and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

27.     That Plaintiff **BYONG K. CHO** is not seeking to recover any damages for which Plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiff. Plaintiff is seeking only to recover those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

28.     That this action falls within one or more of the exceptions set forth in CPLR §1602.

29.     That by reason of the foregoing, Plaintiff **BYONG K. CHO** has been damaged in the amount of FIVE MILLION ($5,000,000.00) DOLLARS.

4

**WHEREFORE**, Plaintiff **BYONG K. CHO** demands judgment against the Defendants in the amount of FIVE MILLION ($5,000,000.00) DOLLARS, together with the costs and disbursements of this action.

Dated:    New York, New York
             November 17, 2007

                                      Yours, etc.

                                      ANDREW PARK, ESQ
                                      SIM & PARK, LLP
                                      Attorneys for Plaintiff
                                      BYONG K. CHO
                                      450 Seventh Ave.
                                      Suite 1805
                                      New York, New York 10123
                                      212-239-3680
                                      Our File No. 07-0236

## ATTORNEY'S VERIFICATION

ANDREW PARK, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury: I am an attorney at SIM & PARK, LLP, attorneys of record for Plaintiff. I have read the annexed **COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

This verification is made by me because Plaintiff(s) is/are not presently in the county wherein I maintain my offices.

DATED:    New York, New York
          November 17, 2007

ANDREW PARK, ESQ

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYONG K. CHO,

                                                  Plaintiff,

                 -against-

JASON ARTHUR BRINKMAN and VALERIO RAQUEL ANTONETTE,

                                                  Defendants.

---

## NOTICE OF FILING REMOVAL & NOTICE OF REMOVAL

---

### McCabe, Collins, McGeough & Fowler, LLP

*Attorney(s) for*                    **Defendants**
                    *Office and Post Office Address, Telephone*
                         346 WESTBURY AVENUE
                            P.O. BOX 9000
                         CARLE PLACE, N.Y. 11514
                            516-741-6266

---

To                                          Signature (Rule 130-1.1-a)

                                            ...................................................................
                                            Print name beneath
Attorney(s) for

Service of a copy of the within                          is hereby admitted.

Dated,

                                            ...................................................................
                         Attorney(s) for

---

Please take notice
□ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
□ NOTICE OF SETTLEMENT
that an order                    of which the within is a true copy will be presented for
settlement to the HON.                                      one of the judges
of the within named court, at
on                            at              M

Dated,

                                            Yours, etc.
                         McCabe, Collins, McGeough & Fowler, LLP
                              *Attorney(s) for*
To
                              *Office and Post Office Address*
                                 346 WESTBURY AVENUE
Attorney(s) for                     P.O. BOX 9000
                                 CARLE PLACE, N.Y. 11514