08-FI-129 MSL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BYONG K. CHO,                                            Case No.: 08-CV-2037

                    Plaintiff,

                                       **RULE 7.1 STATEMENT**

      -against-

JASON ARTHUR BRINKMAN and VALERIO
RAQUEL ANTONETTE,

                    Defendants.
-------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JASON ARTHUR BRINKMAN and RAQUEL ANTONETTE VALERIO i/s/h/a VALERIO RAQUEL ANTONETTE, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

     None.

Dated: March 5, 2008

                                                    DORON ROSENHECK

                                                    Attorney Bar Code: DR7328