```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
BYONG K. CHO,
                              Plaintiff(s),

          - against -

JASON ARTHUR BRINKMAN and VALERIO
RAQUEL ANTONETTE,

                              Defendant(s).
---------------------------------------------x
```

**NOTICE OF SUBSTITUTION**

Index No.: 08CV2037

C O U N S E L O R S:

      Please take notice that Harvey Gladstein & Partners LLC has been substituted as the attorney of record for defendants, JASON ARTHUR BRINKMAN and RAQUEL ANTONETTE VALERO, in the place and stead of MCCABE, COLLINS, MCGEOUGH & FOWLER, LLP. Please serve all further documents directed to the defendants at the address below.

Dated:    New York, New York
         April 18, 2008

                        HARVEY GLADSTEIN & PARTNERS LLC
                        Attorneys for Defendant(s)
                        RAQUEL A. VALERIO and JASON BRINKMAN

                        By:_____
                           ROBERT L. BOYDSTUN
                        110 Wall Street
                        New York, New York 10005-3860
                        (212) 952-1111
                        File No.: FA-108032

TO: SIM & PARK, LLP
    Attorneys for Plaintiff
    450 Seventh Avenue, Suite 1805
    New York, NY 10123
    (212) 239-3680