UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
BYONG K. CHO,

                            Plaintiff(s),    **NOTICE OF SUBSTITUTION**

        - against -

                                                    Index No.: 08CV2037

JASON ARTHUR BRINKMAN and VALERIO RAQUEL ANTONETTE,

                            Defendant(s).
---------------------------------------------x

C O U N S E L O R S:

        Please take notice that Harvey Gladstein & Partners LLC has been substituted as the attorney of record for defendants, JASON ARTHUR BRINKMAN and RAQUEL ANTONETTE VALERO, in the place and stead of MCCABE, COLLINS, MCGEOUGH & FOWLER, LLP. Please serve all further documents directed to the defendants at the address below.

Dated:    New York, New York
          May 5, 2008, 2008

                              HARVEY GLADSTEIN & PARTNERS LLC
                              Attorneys for Defendant(s)
                              RAQUEL A. VALERIO and JASON BRINKMAN

                              By: */S/Robert L. Boydstun*
                                 ROBERT L. BOYDSTUN
                              110 Wall Street
                              New York, New York 10005-3860
                              (212) 952-1111
                              File No.: FA-108032

TO: SIM & PARK, LLP
    Attorneys for Plaintiff
    450 Seventh Avenue, Suite 1805
    New York, NY 10123
    (212) 239-3680