AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

BYONG K. CHO
AGAINST
JASON ARTHUR BRINKMAN
AND VALERIO RAQUEL ANTONETTE

**APPEARANCE**

Case Number: 08CV2037(MGC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   JASON ARTHUR BRINKMAN AND VALERIO RAQUEL ANTONETTE

I certify that I am admitted to practice in this court.

MAY 28, 2008
Date

_Signature_

ROBERT L BOYDSTUN           RB2723
Print Name                  Bar Number

110 WALL STREET
Address

NEW YORK     NY        10005
City          State    Zip Code

(212) 952-1111      (212) 943-7727
Phone Number         Fax Number